DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUDITH S. NORKIN,** as Personal Representative of the Estate of
**JEFFREY ROBERT NORKIN,**
Appellant,

v.

**J.V. ASSOCIATES (PB) LLC** d/b/a **FOUR SEASONS RESORT PALM
BEACH,** and **FOUR SEASONS HOTELS LIMITED CORPORATION**
d/b/a **FOUR SEASONS RESORT PALM BEACH,**
Appellees.

No. 4D19-1919

[November 5, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502016CA011907.

Brett C. Powell of The Powell Law Firm, P.A., Palmetto Bay, for appellant.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, and Rory Eric Jurman of Hinshaw & Culbertson LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***